Loren W. MAY, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66736.

Missouri Court of Appeals,
Western District.

Sept. 18, 2007.

Susan L. Hogan, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before HARDWICK, P.J., ULRICH[1] and NEWTON, JJ.

### ORDER

PER CURIAM.

Loren May, Jr. appeals the denial of his Rule 29.15 motion following an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the motion court's judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b)

STATE of Missouri, Respondent,

v.

James L. PETERSON, Appellant.

No. WD 66493.

Missouri Court of Appeals,
Western District.

Sept. 18, 2007.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, joins on the briefs for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

James Peterson appeals his convictions for second-degree murder and armed criminal action.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

---

1. Judge Ulrich retired from the court after submission of this opinion.